UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Eric Hasselriis,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　-against-<br><br>The New York City Police Department and City Of New York,<br><br>　　　　　　　　　　Defendants. | 25-CV-3862 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

　　In its Order at Dkt. 3, the Court set an initial pretrial conference for August 12, 2025 at 4:00 PM. The Order also required the parties to make required pre-conference filings by Wednesday of the week prior to the conference date.

　　No such filings have been made, and the parties are required to submit them by **Monday, August 11, 2025 at 12:00 PM**.

　　SO ORDERED.

Dated:　August 8, 2025
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　ARUN SUBRAMANIAN
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge