

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**KATHLEEN M. LINNANE**
*Assistant Corporation Counsel*
Labor and Employment Law Division
Telephone: (212) 356-2467
E-mail: klinnane@law.nyc.gov

August 11, 2025

**By ECF**

Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

The initial pretrial conference is hereby adjourned to August 28, 2025, at 2:00 PM. The dial-in information remains the same. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 12.

SO ORDERED.

*/s/ Arun Subramanian*
Arun Subramanian, U.S.D.J.
Date: August 11, 2025

Re:  Hasselriis v. New York City Police Department, et al.
     25-cv-03862-AS

Dear Judge Subramanian:

      I am an Assistant Corporation Counsel in the office of Muriel Goode-Trufant, Corporation Counsel for the City of New York, attorney for Defendants in the above-referenced action. Defendants write, in accord with paragraph 3(E) of Your Honor's Individual Practices in Civil Cases, to respectfully request a brief adjournment of the Initial Pretrial Conference scheduled for August 12, 2025, at 4:00 p.m. This is Defendants' first request for an adjournment of the Initial Pretrial Conference, and the requested adjournment does not affect any other scheduled dates. Though the undersigned attempted contact with Plaintiff's counsel to obtain consent to the request, the undersigned was unable to do so, and has thus not yet obtained Plaintiff's consent for the requested adjournment.

      The requested adjournment is necessary because I will be participating in a deposition tomorrow, August 12, 2025, from 10:00 a.m. to 5:00 p.m., in this Office's representation of the defendants in the <u>Timothy Reen v. Fire Department of the City of New York, et al.</u> matter (Supreme Court of the State of New York, Kings County, Index No. 501276/2023).

      Therefore, Defendants respectfully request that the Court grant this request for a brief adjournment of the Initial Pretrial Conference to a date and time that is convenient for the Court.

      Defendants thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ Kathleen M. Linnane*
Kathleen M. Linnane

cc:  All Counsel of Record (via ECF)