UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Eric Hasselriis,<br><br>      Plaintiff,<br><br>   -against-<br><br>The New York City Police Department and City of New York,<br><br>      Defendants. | 25-CV-3862 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  In its Order at Dkt. 13, the Court set an initial pretrial conference for August 28, 2025 at 2:00 PM. In its prior Order at Dkt. 3, the Court required the parties make pre-conference filings by Wednesday of the week prior to the conference date. No such filings have been made, and the parties are required to submit them by **Tuesday, August 26, 2025 at 12:00 PM.**

  SO ORDERED.

Dated: August 22, 2025
   New York, New York

                    ARUN SUBRAMANIAN
                    United States District Judge