

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

**THE CITY OF NEW YORK
LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

September 25, 2025

**Laura C. Williams**
Assistant Corporation Counsel
Phone: (212) 356-2435
Email: lawillia@law.nyc.gov

GRANTED. But no further extensions. Defendants have already been granted an extension in this case to respond to the original complaint, Dkt. 7, and have failed to meet another deadline set by the Court (which the Court then extended by courtesy). Dkts. 14, 16.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 24.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: September 26, 2025

**Via ECF**
Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, New York 10007

Re:   Hasselriis v. New York City Police Department, et al.,
        25-cv-03862 (AS)

Dear Judge Subramanian:

    I represent defendants New York City Police Department and the City of New York (collectively, "Defendants") in the above referenced action. Defendants, in accordance with Paragraph 3(E) of Your Honor's Individual Rules in Civil Cases, write to respectfully request an extension of time, from October 7, 2025 until October 23, 2025, to file their response to the amended complaint. See Dkt. 22. Plaintiff's counsel consents to this request. This is the first request for an extension of time to respond to the amended complaint. There is no standing scheduled appearance before the Court that is affected by this extension. The requested extension does not affect any other scheduled dates.

    This extension of time is requested because the attorney now primarily handling this case has been recently assigned to this matter following the departure of the previously assigned attorney, Kathleen Linnane, from the New York City Law Department. The requested extension will therefore allow the newly assigned attorney to review the matter and the numerous allegations made in the amended complaint and prepare a proper response.

    Defendants thank the Court for its consideration of this matter.

Respectfully submitted,

**[ECF]      /S/**
Laura C. Williams
Assistant Corporation Counsel

Craig Mungavin
Assistant Corporation Counsel

cc:   All Counsel of Record (via ECF)