UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

ERIC HASSELRIIS,

Plaintiff,

- against -

NEW YORK CITY POLICE DEPARTMENT and CITY
OF NEW YORK,

Defendants.

----------------------------------------------------------------- X

**NOTICE OF MOTION TO
DISMISS THE COMPLAINT**

25-cv-03862 (AS)

      **PLEASE TAKE NOTICE** that, upon the September 2, 2025 Declaration of Assistant Corporation Counsel Lawrence Profeta, the exhibits annexed thereto, and the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss the Complaint, dated September 2, 2025, and upon all the papers and proceedings previously had herein, defendants will move this Court, before the Hon. Arun Subramanian, United States District Judge, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York, 10007, on a date and time to be determined by the Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for an Order dismissing the Complaint in its entirety on the grounds that, as a matter of law, the Complaint fails to state a claim upon which relief can be granted, and for further relief as the Court may deem just and proper.

The motion is denied as moot, given the amended complaint and new motion to dismiss. Dkts. 22, 27.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 20.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: January 5, 2026

Dated: New York, New York
       September 2, 2025

                                   **MURIEL GOODE-TRUFANT**
                                   Corporation Counsel of the
                                     City of New York
                                   Attorney for Defendants
                                   100 Church Street, Second Floor
                                   New York, New York 10007
                                   lprofeta@law.nyc.gov
                                   (212) 356-2630

By:   _____

                                     Lawrence Profeta
                                  Assistant Corporation Counsel

2